UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES RANDALL THOMPSON

VERSUS

SYSCO CORPORATION

CIVIL ACTION

NO. 06-920-C

### RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated December 4, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendant's Motion to Dismiss pursuant to Rule 12(b)(6) and/or for Summary Judgment pursuant to Rule 56 is granted in part and denied in part in that the LEDL claims are dismissed with prejudice and the remaining requests for relief are denied without prejudice to refile after appropriate discovery has taken place. Further, the plaintiff's Motion to Continue defendant's Motion to Dismiss pursuant to Rule 56(f) and Motion for Leave to Amend are granted.

Baton Rouge, Louisiana, January 4, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA